James Anthony Meister
2453 N Avenida Caballeros
Palm Springs, CA 92262

In Propria Persona

2019 APR -5  PM 2:52

FILED

United States District Court
CENTRAL DISTRICT OF CALIFORNOA

JAMES ANTHONY MEISTER   ) Case No.  CV19-02622-SVW-
           Plaintiff/Petit )                          GJSx
ioner                      ) AFFIDAVIT OF TRUTHS IN
                           ) A MORTGAGE FRAUD,MONEY
    vs.                    ) LAUNDERING,BANK
                           ) FRAUD,TRUSTEE FRAUD
BANK OF AMERICA            ) **U.S. Code S 1345**
BANK OF NEW YORK MELLON    )
           Defendant/Respo )            **By Fax**
ndent                      )

* said Property- 2453 N Avenida Caballeros

**APN # 501-121-012-7**

       **Affidavit of Truths**

Fraud is defined as a "knowing misrepresentation

of the truth or

concealment of a material fact to induce another

to act to his

or her detriment." Black's Law Dictionary 685

(8th ed. 2005)

JURISDICTION. This court has jurisdiction over this complaint

because it arises in the laws of The United States of America.

VENUE. Venue is appropriate in this court because both defendants conduct business in this district, and a substantial

amount of the acts and omissions giving rise to this lawsuit

occurred in this district.

INTRADISTRICT ASSIGNMENT.  This lawsuit should be assigned to the Los Angeles District Court

because a substantial part of the

events or omissions which give rise to this lawsuit occurred in

neighboring Riverside County.

PLAINTIFF. James Anthony Meister is a disabled senior care-

taking for his disabled senior husband, Patrick John McCreagh.

Both individuals have incurable diseases, one has cancer in remission for 10+ years as well as brain damage from a motorcycle accident 27 years ago. Both individuals are homeless living out of their car with their three rescued English Bulldogs.

DEFENDANTS. The Bank of America is headquartered in Charlotte,

NC. the Bank of New York Mellon, a founding fathers

establishment is headquartered in New York City, NY.

1- said property was purchased April 26, 2006

 By Lauren Cheryl Jordan

2- said refinanced on or about May 2007

 by Lauren Cheryl Jordan

3- said property securitized by Security

Exchange Commission on

or about September 17 2008

*Alternative Loan Trust 2007-24 Mortgage pass-

through certificates, series 2007-24

 * at this point where is the 'blue ink'

signature' note

* the Banks stated the 'note' was lost, even

though

the Bank of New York Mellon being the Trustee of

the Alternative Loan Trust 2007-24 Mortgage

pass-through, series 2007-

 24, had to have knowledge of its whereabouts,

as it is one of the 'duties' of a Trustee of a

Trust.

4- said Promissary note was assigned to BNYM by

 Recontrust through M.E.R.S., on or about

September  2010... two years after

securitization, once M.E.R.S.

(Multiple Electronic Registry System) exited the

 Title chain, the 'chain of title' was broken

and The Trust Deed could not be used to

foreclose on.

* can't assign a note that was non-existant

5- Lauren Cheryl Jordan signed a "Quit

Claim Title" over to James

Anthony Meister of the said property

\* 'Quit CLAIM DEED' was notorized and filed in the County of

Riverside- Palm Desert on or about July 17, 2009

6- Notice of Default was filed by Countrywide

Home Loans on or about February 2, 2008, on or

about April 2, 2008 Countrywide

approved a loan modification which they never

followed through on or about August, 2008

Countrywide CEO was found guilty of

mortgage fraud and is in prison serving his

sentence on or about September 2008 Bank of

America bought Countrywide

Home Loans  'Notice of Default' was removed from

the said

property, by Bayview Loan Servicing, but could

be subject to a

re-filing of a "Notice of Default" at anytime,

Bayview Loan

Servicing initiated that notice on or about

March 13, 2013

7 - said Property was sold back to the bank

through a Trustee Sale by the Law Offices of Les

Zieve on July 14, 2016

 even though said property was not in arears

 even though property was not DEFAULT

 even though property was "free and clear" of

amount due $1,013,655.51

 the fact of "clean hands" California Penal Code

132 was violated by all Defendants

8 - on or about December 28, 2016 BNYM filed an

Unlawful Detainer against Plaintiff Case #

PSC1656587, even though they

knew it violated California Penal Code 132,

which states one must have "clean hands" to file

lawsuit, BNYM was given

judgement on or about June 14, 2017 and 'writ of

possession' on

or about June 16, 2017 giving the Plaintiff no

time to react,

Declaration Regarding Notice Of Request For

Emergency Orders was

denied by Superior Court of California, County

of Riverside-Palm Springs, CA.

* Documents that were filed by Bank of New York

Mellon were fraudulent,

 BNYM cannot be a beneficiary to a Trustee Sale

that was conducted with instruments that is

stipulated to its agents were valid

 * The Court lacked subject matter jurisdiction

over

 this case because the wrong party initiated the

fore-closure, only the original lender can

foreclose.

* The purported purchaser BNYM is not a Bona

Fide purchaser.

* Title was never perfected due to fraud

 * BNYM lacked standing to foreclose

* This sale was not in compliance with

California Code s2924 ('The Plaintiff-purchaser

needs to prove that

    the sale was in compliance with California

    Code s2924 and

    that he or she has thereafter duly perfected

    title.)

    Stephans, Partain & Conningham V.Hollis

    (1967) 196 CA3d

    948, 952, 242, CR 251"), why did the

    Superior Court not

    recognize that issue

9 - on or about June 30, 2017 The Bank of New

York Mellon

received a Notice of Entry Judgement of

Dismissal, even though

they knew the California Penal Code 132 was

again violated, Case #PSC1700033

10 - said property was given eviction notice by

Riverside County Sheriffs October 27, 2017 on

that day five+ sheriffs were sent

to said property to physically remove my

Husband, three Bulldogs

that are "service animals" under Disability Act

of 1974, and the Plaintiff.

    a-

       I was not given "reasonable accomodations"

       under The Disabilities Act of 1974, They

       purposely wanted to remove me, to make the

       BNYM happy, because I stood my

       ground, and showed them I knew what they

       were, have, and

       continue to do,to uneducated homeowners.

    b-elected Sheriff who was instructed before

eviction by

c-myself,of said evidence from S.E.C.refused

d-to listen to

e-me when I showed him the evidence which

   makes this and every sherrif involved that

   day are accomplices

11. U.S. Code S 1345- Injunctions against Fraud

(1) if a person or entity is-

   (A) violating or about to violate this

(B) chapter or or section 287,371 (insofar as

(C) such violation involves a

   conspiracy to defraud the United States or

   any agency

   thereof) or 1001 of this title;

   (B) committing or about to commit a banking

   law violation

   (as defined in section 3322(d)of this

   title), or

(C)committing or about to commit a Federal

health care

offense; The Attorney General may commence a

civil action

in any Federal Court to enjoin such

violation.

(2) If a person is alienating or disposing of

property, or intends to alienate or dispose of

property, obtained as a result

of a banking law violation (as defined in

section 3322(d)

of this title) or a Federal health care offense

or property which is traceable to such

violation, the Attorney General may

commence a civil action in any Federal court

(A) to enjoin such alienation or disposition

(B) of property or

(B) for restraining order to-

1. prohibit any person from withdrawing,

2. transferring,

3. removing, dissipating,or disposing of any

   such property

4. or property equivalent value,and

   appoint a temporary receiver to administer

   such restraining order.

(3) A permanent or temporary injunction or

restraining order

shall be granted without bond.

### STATEMENT OF FACTS

The Defendant in this case performed the

following illegal acts,

whether knowing or unknowingly

1, mail fraud

 2. mortgage fraud

3. "unclean hands"

 4. The Disability Act of 1974 "reasonable

accommodations" brain injury occupant

5. lack of standing to foreclose

   5. California Penal Code 132, not once but
      three times

7. California Code s2924

8. Superior Court lacked subject matter

jurisdiction

 9. Assignment of 'note' lacked validity

10. 'Title removal fraud'

     11. Banks use of intimidation,

     humiliation using

     virtual reality tactics as well as

     virtual sex to get

     me to leave my property

             CLAIMS

The Defendant in this case performed the

following illegal acts,

whether knowing or unknowingly

1, mail fraud

2. mortgage fraud

3. "unclean hands"

4. The Disability Act of 1974 "reasonable

   accommodations" brain injury occupant

 5. lack of standing to foreclose

6. California Penal Code 132, not once but three

times

7. California Code s2924

8. Superior Court lacked subject matter
jurisdiction

9. Assignment of 'note' lacked validity

10. 'Title removal fraud'

11. Banks use of intimidation, humiliation using
virtualreality

tactics as well as virtual sex to get me to
leave my property

REQUEST FOR RELIEF

   monetary relief in the amount of six times
   the bank
      1.
      2. gave as a amount due on Notice of

Default that
3.
4. totals 6,081,933.06 for mortgage fraud

2 monetary relief in the amount of six times the bank

gave as amount due on Notice of Default that totals

$6,081,933.06 for emotional duress living homeless for 19 months

3. monetary relief in the amount of six times the bank

gave as a amount due on Notice of Default that totals

6,081,933.06 for physical duress for the virtual reality the

bank bestowed upon us, as well as virtual reality sex bestowed

upon the Plaintiff

5. monetary relief in the amount of six times the

6. bank gave as a amount due on Notice of Default that

7. totals 6,081,933.06 for mail fraud

monetary relief in the amount of six times

the

bank gave as a amount due on Notice of

Default that totals 6,081,933.06 for 'lack

of standing' to foreclose

6. monetary relief in the amount of

7. six times the

bank gave as a amount due on Notice of Default

that totals

6,081,933.06 for California Code s2924

8. monetary relief in the amount of

9. six times the

bank gave as a amount due on Notice of Default

that totals

6,081,933.06 for California Penal Code 132

8. monetary relief in the amount of

six times the

bank gave as a amount due on Notice of Default

that totals

6,081,933.06 for "unclean hands"

      9. monetary relief in the amount of six

       10. times the bank gave as a amount due

        on Notice of Default that

       11. totals 6,081,933.06 for Assignment of

     12.   'note' lacked validity

  10. monetary relief in the amount of six

  11. times the bank gave as a amount due on

   Notice of Default that totals

  6,081,933.06 for 'Title removal fraud'

  12. monetary relief in the amount

   of six times the

bank gave as a amount due on Notice of Default

that totals 6,081,933.06 for violating The

Disabilities Act of 1974,

"reasonable accommodations"

                **DEMAND FOR JURY TRIAL**

Plaintif requests a jury trial

**PLAINTIFF'S SIGNATURE**

      1-  I am stating that I have a valid legal

          claim

      2-  I am stating that I am not filing this

      3-  case to harass

the Defendant

      4-  I have every reason to belive that

      5-  what I have stated

in this complaint is true

                Dated this APRIL 4, 2019

                  JAMES ANTHONY MEISTER

SEE ATTACHED
CERTIFICATE
4-4-2019

# California Jurat Loose Certificate

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Riverside

Subscribed and sworn to (or affirmed) before me on this _4ᵗʰ_ day of _April_ ,

2019 by _James (Anthony) Jeister_ proved to

me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                    Signature _Dianne A. Krulitz_

                          *(Signature of Notary Public)*

DIANNE A. KRULITZ
Notary Public · California
Riverside County
Commission # 2245484
My Comm. Expires Jun 9, 2022

Document Title: _Affidavit of Truth in a mortgage Fraud, Money Laundering, Bank Fraud, Trustee Fraud_

AO 240  (Rev  07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:   $          118.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

we have a 2003 Cadallac CTS that we owe $700 on

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

we are living in our car or motel 6 when we cn afford it...we have a cell phone bill of $102 monthly, as stated we owe $700 on our car. our Motel bill usually runs $500+ a week

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Patrick John McCreagh- Husband

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:          04/04/2019

*Applicant's signature*

James Anthony Meister
*Printed name*